UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AT&T CORP., | : | 3:18-CV-01984 |
| a New York corporation, | : | |
|     Plaintiff | : | |
| | : | (Chief Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| QUADIX LLC, | : | |
| a Delaware limited liability company, | : | |
|     Defendant | : | |
| | : | |

# ORDER
March 3, 2020

Given AT&T Corp.'s letter brief (*doc. 51*) setting forth the amount of the judgment it is seeking and how it arrived at that amount and Quadix LLC's response (*doc. 53*) stating that it consents to the judgment requested by AT&T Corp., **IT IS ORDERED** that the Clerk of Court shall enter judgment in favor of AT&T Corp. in the amount of $187,682.48[1] plus post-judgment interest in accordance with 28 U.S.C. § 1961 at a rate of 1.21%.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge

---

[1] This amount is the sum of the $186,505.24 requested in AT&T Corp.'s letter plus 19 days (the period between AT&T's letter of February 13, 2020, and the date of this Order of March 3, 2020) of interest at the rates set forth in AT&T Corp.'s letter. *See doc. 51*.